# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KERBY CADET,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-0853

[February 28, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case Nos. 99-23229CF10A, 00-4093CF10A and 00-4462CF10A.

Carey Haughwout, Public Defender, and Benjamin Eisenberg, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jeanine Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

In this *Anders* appeal, we affirm appellant's resentencing but remand for the trial court to modify one cost amount. *Anders v. California*, 386 U.S. 738 (1967); § 938.05(1), Fla. Stat. (1999). As pointed out by appellant's counsel, the requirement that appellant pay $225 to the Local Criminal Justice Trust Fund must be modified to reflect an amount of $200, as authorized by section 938.05(1), Florida Statutes (1999), the applicable statute at the time of appellant's offenses. *Woods v. State*, 657 So. 2d 1272 (Fla. 1st DCA 1995). Therefore, we remand with directions to reduce that assessment accordingly. We affirm the resentencing in all other respects.

WARNER, CIKLIN and GERBER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***